DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DARRIN L. McCRAY,**
Appellant,

v.

**U.S. BANK, N.A.,**
Appellee.

No. 4D2024-2380

[November 6, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Richard L. Oftedal, Senior Judge; L.T. Case No. 502019CA015364.

Darrin L. McCray, West Palm Beach, pro se.

Robert R. Edwards and David Rosenberg of Robertson, Anschutz, Schneid, Crane & Partners, PLLC, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER, J., and METZGER, ELIZABETH, Associate Judge, concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***